UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMILA ALLARY, EDWARD CHACON, FRANKLIN FREITA, CARLOS GORDILS, BREANNA MORELLO, DAVID TERRY and RACHEL WIND,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE FOOD SERVICE OF NEW YORK, LLC d/b/a APPLEBEE'S,<br><br>Defendant. | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT APPLE FOOD SERVICE OF NEW YORK, LLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Food Service of New York, LLC d/b/a Applebee's ("Defendant") hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

- Doherty Family Enterprises Management LLC is the parent limited liability company of Defendant.

Respectfully submitted,

*/s/ Dena B. Calo*
Dena B. Calo, Esq.
Gillian A. Cooper, Esq.
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, New Jersey 08540
P: (609) 452-3100
F: (609) 452-3122
dcalo@saul.com
gcooper@saul.com

New York Office:
555 Fifth Avenue, Suite 1700
New York, New York 10017

*Attorneys for Defendant*
*Apple Food Service of New York, LLC*

Dated: April 11, 2017

## CERTIFICATION OF SERVICE

The undersigned certifies that on this date, a copy of the foregoing Corporate Disclosure Statement of Defendant Apple Food Service of New York, LLC was filed electronically and that notification of this filing is to be provided to the following counsel of record by email and Federal Express:

> Peter A. Romero, Esq.
> Attorney at Law
> 103 Cooper Street
> Babylon, New York 11702
> *Attorney for Plaintiffs*

/s/ Dena B. Calo
Dena B. Calo, Esq.

Dated: April 11, 2017