LAW OFFICE OF PETER A. ROMERO PLLC
Peter A. Romero, Esq.
103 Cooper Street
Babylon, New York 11702
Tel. (631) 257-5588
Promero@RomeroLawNY.com

*Attorneys for Plaintiffs*

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 13 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CAMILA ALLARY, et al.,                                17-CV-02186 (JMA) (SIL)

                    Plaintiffs,

            v.                                        NOTICE OF VOLUNTARY
                                                      DISMISSAL WITH
APPLE FOOD SERVICE OF NEW YORK,                       PREJUDICE
LLC d/b/a APPLEBEE'S,

                    Defendant.
-------------------------------------------------------------x

        Pursuant to F.R.C.P. 41 of the Federal Rules of Civil Procedure, the Plaintiffs hereby give

notice that the above-captioned action is voluntarily dismissed with prejudice against the

Defendants.

Dated: December 12, 2017

                            LAW OFFICE OF PETER A. ROMERO PLLC

                    By:     _/s_____
                            Peter A. Romero, Esq.
                            103 Cooper Street
                            Babylon, New York 11702
                            (631) 257-5588
                            promero@romerolawny.com

*Case closed.*

*So Ordered.*

*12/13/17*

*S/Joan M. Azrack*